

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00612-CR

Glen Leon **DUKES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4799
Honorable Ron Rangel, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on November 23, 2015. *See* TEX. R. APP. P. 35.1. On December 1, 2015, court reporter Maria E. Fattahi filed a notification of late record. She advised the court the record would comprise approximately 800 pages; she requested an extension of time to file the reporter's record until January 22, 2016. The request is GRANTED IN PART. *See id.* R. 35.3(c) (limiting an extension in a regular appeal to thirty days).

We ORDER court reporter Maria E. Fattahi to file the reporter's record with this court by December 23, 2015. *See id.*

If the reporter's record is not filed with this court by the ordered date, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order

_____
Patricia O. Alvarez, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court